**CONTINENTAL CASUALTY COMPANY, an Illinois corporation, Plaintiff–Appellant,**

v.

**OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, Defendant–Appellee.**

No. 08–10216.

United States Court of Appeals, Eleventh Circuit.

Feb. 20, 2009.

Nicholas A. Shannin, Brian W. Bennett, Page, Eichenblatt, Bernbaum & Bennett, P.A., Orlando, FL, Eileen H. De Callies, New York, NY, for Plaintiff–Appellant.

Thomas E. Ashe, Anne Catherine Sullivan, Gaebe, Mullen, Antonelli, Esco & Dimatteo, Coral Gables, FL, Greg Gaebe, Gaebe, Murphy, et al., Coral Gables, FL, for Defendant–Appellee.

Before EDMONDSON, Chief Judge, ANDERSON, Circuit Judge, and COHILL,* District Judge.

PER CURIAM:

Under the circumstances of this case, and in light of the fact that the escape clause appeared in an endorsement to the Old Republic policy, we cannot conclude that the district court erred.

---

* Honorable Maurice B. Cohill, Jr., United States District Judge for the Western District of Pennsylvania, sitting by designation.

Accordingly, the judgment of the district court is

AFFIRMED.